■ In the Matter of BRENDAN KK. and Others, Infants. MARY LL. et al., Appellants; TIMOTHY KK., Respondent.—Appeal from that part of an order of the Surrogate's Court of Albany County (Turner, Jr., J.), entered November 17, 1989, which denied petitioners' applications, in a proceeding pursuant to Domestic Relations Law article 7, for adoption of respondent's two children.

Order affirmed, without costs, upon the opinion of Surrogate Raymond E. Marinelli. Kane, J. P., Casey, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.